ETHEL G. FOSTER, Respondent, v. JOHN C. FOSTER, Appellant.— Judgment

* See App. Div. Rules, 2d Dept., rule 12.— [REP.
† See Laws of 1915, chap. 279, § 6, subd. 1.— [REP.

unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

